IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:04CR3033 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLARENCE JAMES GRENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

On Friday, October 7, 2005, the defendant filed a motion to continue the Rule 35 hearing set for Tuesday, October 11, 2005.  In addition, and contrary to his earlier request, he now wants to be present at the Rule 35 hearing.  Despite being slightly annoyed at the late notice,

IT IS ORDERED that the motion to continue (filing 53) is granted.  Counsel for both parties shall confer with the United States Marshals Service and determine how long it will take to get the defendant here for a Rule 35 hearing.  After that, but no later than Wednesday, October 12, 2005, counsel shall confer with my judicial assistant, Kristin Leininger, and schedule the hearing.

October 7, 2005.                             BY THE COURT:

                                                                      s/Richard G.  Kopf
                                                                      United States District Judge