IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLARENCE JAMES GRENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

John C. Hahn wishes to substitute himself for David W. Rasmussen because Mr. Rasmussen has left the firm. I will grant the motion but I note that Adam Sipple appears to remain as counsel for the defendant under a Criminal Justice Act appointment. The lawyers should get together with their client and advise me whether Mr. Sipple's continued appointment is necessary. Therefore,

IT IS ORDERED that the entry of appearance and motion to withdraw (filing 60) is granted. Counsel shall confer with their client and advise me within ten days as to whether the continued appointment of Mr. Sipple is warranted.

May 25, 2006.                                   BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge