IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLARENCE JAMES GRENDAHL, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons expressed in the government's brief (filing 74),

IT IS ORDERED that the motion for return of property (filing 73) is denied.

January 23, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge